**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Cassandra Chatman<br><br>Debtor(s) | Case No. 09 B 00806 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/13/2009.

2) The plan was confirmed on 04/13/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/01/2010, 03/06/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/16/2009.

5) The case was Completed on 04/07/2014.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $30,081.93.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,552.89 |
| Less amount refunded to debtor | $299.09 |

**NET RECEIPTS:** $16,253.80

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,109.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $803.94 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,913.14

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA Checkmate LLC | Unsecured | 1,440.10 | 1,072.30 | 1,072.30 | 230.17 | 0.00 |
| AFNI | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 219.75 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 391.25 | 391.25 | 391.25 | 83.98 | 0.00 |
| Asset Acceptance | Unsecured | 230.00 | 230.65 | 230.65 | 49.51 | 0.00 |
| Asset Acceptance | Unsecured | 67.00 | 67.65 | 67.65 | 14.52 | 0.00 |
| Bank Of America | Unsecured | 580.50 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Services | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| Black Expressions | Unsecured | 95.36 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 1,512.08 | 1,016.59 | 1,016.59 | 218.21 | 0.00 |
| Cardiac Wellness Consultants | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 325.20 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 19.50 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 441.00 | 268.40 | 268.40 | 57.61 | 0.00 |
| Clerk Of The Circuit Court | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 4,807.46 | 5,257.31 | 5,257.31 | 1,128.46 | 0.00 |
| Cook County State's Attorney | Unsecured | 271.21 | NA | NA | 0.00 | 0.00 |
| Cook County State's Attorney | Unsecured | 271.21 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 1,293.13 | 874.60 | 874.60 | 187.73 | 0.00 |
| Direct TV | Unsecured | 243.40 | NA | NA | 0.00 | 0.00 |
| Earthlink | Unsecured | 818.81 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 1,365.43 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 697.61 | 897.57 | 897.57 | 192.66 | 0.00 |
| First National Bank Of Marin | Unsecured | 1,145.40 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 2,025.00 | 2,025.00 | 2,025.00 | 434.66 | 0.00 |
| Great Lakes Specialty Finance | Unsecured | 1,506.68 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Lending Corporation | Unsecured | 239.80 | 1,604.40 | 1,604.40 | 344.38 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,086.00 | 1,093.15 | 1,093.15 | 234.64 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 630.91 | 630.91 | 630.91 | 135.42 | 0.00 |
| M3 Financial Services | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 718.54 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | NA | 505.00 | 505.00 | 108.40 | 0.00 |
| NCO Financial Systems | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 1,046.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 2,101.04 | NA | NA | 0.00 | 0.00 |
| One Iron Ventures | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial | Unsecured | 640.86 | NA | NA | 0.00 | 0.00 |
| PLS Financial | Unsecured | 615.86 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 7,603.89 | 7,980.22 | 7,603.89 | 7,603.89 | 1,047.54 |
| Portfolio Recovery Associates | Unsecured | NA | 376.33 | 376.33 | 80.78 | 0.00 |
| Premier Bankcard | Unsecured | 339.82 | 339.82 | 339.82 | 72.94 | 0.00 |
| Rush University | Unsecured | 390.00 | 536.48 | 536.48 | 115.16 | 0.00 |
| Rush University | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $7,603.89 | $7,603.89 | $1,047.54 |
| **TOTAL SECURED:** | **$7,603.89** | **$7,603.89** | **$1,047.54** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,187.41** | **$3,689.23** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,913.14 |
| Disbursements to Creditors | $12,340.66 |
| **TOTAL DISBURSEMENTS** : | **$16,253.80** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/09/2014    By: /s/ Marilyn O. Marshall
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**